Mirta GROSECLOSE, Appellant,

v.

OPTIMUM ONCOLOGY–COMPREHENSIVE CANCER CENTER/Gallagher Bassett Services, Inc., Appellees.

No. 1D12–3912.

District Court of Appeal of Florida, First District.

Dec. 1, 2016.

Bram J. Gechtman, Miami, Robert J. Fiore of Robert J. Fiore, P.A., Miami, and Marjorie Gadarian Graham of Marjorie Gadarian Graham, P.A., Palm Beach Gardens, for Appellant.

Eduardo E. Neret and Javier A. Finlay of the Law Offices of Eduardo E. Neret, P.A., Miami, for Appellees.

PER CURIAM.

The court having received the October 27, 2016, order of the Supreme Court of Florida quashing this court's opinion of October 23, 2013, and remanding the matter for reconsideration upon application of *Westphal v. City of St. Petersburg,* 194 So.3d 311 (Fla.2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED and this case is REMANDED for proceedings consistent with that opinion.

RAY, BILBREY, and JAY, JJ., concur.